ond Circuit denied. *Messrs. Drury W. Cooper* and *Edmund B. Whitcomb* for petitioner. *Messrs. Theodore S. Kenyon* and *John L. Lotsch* for respondent.

No. 582. HAUPTMANN *v.* NEW JERSEY. December 9, 1935. Petition for writ of certiorari to the Court of Errors and Appeals of New.Jersey denied. *Mr. Egbert Rosecrans* for petitioner. *Mr. Joseph Lanigan* for respondent. Reported below: 115 N. J. Law 412; 180 Atl. 809.

Nos. 510 and 511. BOWERS, EXECUTOR, *v.* FARMERS' LOAN & TRUST CO., TRUSTEE. December 9, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Reed* for petitioner. *Messrs. John W. Davis, Carl Taylor, Mansfield Ferry,* and *Philip M. Payne* for respondent.

No. 553. ENDELMAN *v.* RECONSTRUCTION FINANCE CORP. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James M. Beck* for petitioner. *Solicitor General Reed* for respondent.

No. 558. UNITED STATES EX REL. PHELPS *v.* MAIATICO CONSTRUCTION CO., INC. December 9, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Foster Wood* for petitioner. No appearance for respondent.